UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLEG MAZIN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-10717-TSH |
| ) | |
| TECHTRONIC INDUSTRIES, CO., LTD., ) | |
| TECHTRONIC INDUSTRIES NORTH AMERICA,) | |
| INC., ONE WORLD TECHNOLOGIES, INC., and ) | |
| RYOBI TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants ) | |

## ORDER

HILLMAN, D.J.

   The court has reviewed Magistrate Judge Sorokin's Report and Recommendation on the motion of the Defendant Techtronic Industries, Co. to Dismiss for Lack of Personal Jurisdiction (Docket No. 34) as well as the parties' objections thereto.  The court concludes that the plaintiffs' request to stay the action while jurisdictional discovery of defendant proceeds in a related case in New Jersey federal court is warranted.  The Report and Recommendation is, therefore, held under advisement pending completion of on-going jurisdictional discovery.  Counsel shall submit joint status reports to the court on or before February 28, 2013, with respect to such jurisdictional discovery.

**So ordered.**

                                        /s/ TIMOTHY S. HILLMAN
                                        TIMOTHY S. HILLMAN
                                        U.S. DISTRICT JUDGE

Date:  12/5/12